FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 17 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02891-BNB

DaJOHN BLACK, CDOC No. 120242,

    Plaintiff,

v.

THE PHOENIX CENTER, and
CHAIRPERSON RUSSELL,

    Defendants.

## ORDER OF DISMISSAL

    Plaintiff, DaJohn Black, is in the custody of the Colorado Department of Corrections and currently is incarcerated at the Correctional Facility in Sterling, Colorado. Mr. Black submitted to the Court a *pro se* Prisoner Complaint pursuant to 42 U.S.C. § 1983. He also filed a proper Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 that Magistrate Judge Boyd N. Boland granted on January 6, 2011.

    Magistrate Judge Boland directed Mr. Black to pay the full amount of the $350.00 filing fee in installments and to pay an initial partial filing fee of $107.00 within thirty days, or to show cause why he has no assets and no means to pay the initial fee by filing a current certified copy of his trust fund account statement. The Order warns Mr. Black that if he fails to have the initial partial filing fee sent to the Clerk of the Court by the designated deadline or to show cause why he has no assets and no means by which to pay the initial fee the Complaint would be dismissed without further notice.

Mr. Black now has failed to communicate with the Court. As a result, he has not paid the initial partial filing fee within the time allowed, or in the alternative shown cause why he has no assets and no means by which to pay the designated fee. Accordingly, it is

ORDERED that the Prisoner Complaint and the action are dismissed without prejudice for Mr. Black's failure either to pay an initial partial filing fee of $107.00 or to show cause why he has no assets and no means by which to pay the designated fee.

DATED at Denver, Colorado, this __17th__ day of ___February___, 2011.

BY THE COURT:


s/Lewis T. Babcock
LEWIS T. BABCOCK, Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02891-LTB

DaJohn Black
Prisoner No. 120242
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on February 17, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk